UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

Case No. 8:12-cv-00936-TMC

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for COMMUNITY BANK AND TRUST, | ORDER OF DEFICIENCY JUDGMENT (242 Horseshoe Bend-Lot 17) (Vacant Lot 21) (Vacant Lot 22) |
| Plaintiff, | |
| vs. | |
| MARY JOANN EMIG, | Foreclosure - (Non-Jury) Deficiency Judgment Demanded |
| Defendant. | |

Pursuant to the Judgment of the United States District Court of South Carolina given in the above case on September 18, 2012, the Plaintiff is entitled to have a personal and deficiency judgment against the Defendant Mary Joann Emig as follows:

| | |
|---|---:|
| Amount of judgment of foreclosure entered by the District Court | **$1,045,484.40** |
| PLUS: Prejudgment interest at 6.5% from September 7, 2012, through date of entry of judgment, September 18, 2012 (Per Diem $142.14) | $ 1,705.68[1] |
| Subtotal | $1,047,190.08[2] |
| PLUS: Interest at 6.5% from September 18, 2012, the date of judgment of foreclosure to December 13, 2012, date of deed (Per Diem $186.49) | **$ 16,038.14**[3] |
| Statutory Commission | $ N/A |
| Foreclosure Deed, Affidavit, and Release of Lien | $ 11.00[4] |
| Bid Fee | $ 278.89 |
| Subtotal | $ 16,329.03 |
| Total Judgment | **$1,063,518.11** |

---

[1] Interest accrued from 9.7.12 through 9.18.12 in the amount of $1,705.68 = 12 days x $142.14 per diem.
[2] The post-judgment interest per diem is $142.14 = $1,047,190.08 x .065 ÷ 365.
[3] Interest accrued from 9.18.12 through 12.13.12, the date of deed, in the amount of $16,038.14 = 86 days x $186.49 per diem.
[4] The original cost requested for filing the foreclosure deed, affidavit, and release of lien in the Affidavit of Attorney Fees was $15.00. The actual cost was $26.00. The additional request for $11.00 is the difference between the request and actual costs of recording these documents.

LESS: Amount of Bid                                                                                              $  298,216.83

DEFICIENCY JUDGMENT ENTERED AGAINST ABOVE NAMED DEFENDANT      $  765,301.28

  I ORDER, AUTHORIZE AND DIRECT the Oconee County Clerk of Court to cancel the lis pendens filed on March 20, 2012 as 2012-LP-37-89, and satisfy and cancel the subject mortgage of record in Book 2624 at Pages 6-10, as to 242 Horseshoe Bend, Westminster, SC 29693 - Lot Number 17, Tax map Number: 268-00-01-069; Vacant Lot at Horseshoe Bend, Westminster, SC 29693 - Lot Number 21, Tax Number: 268-00-01-073; and Vacant Lot at Horseshoe Bend, Westminster, SC 29693 - Lot Number 22, Tax Number 268-00-01-074.

IT IS SO ORDERED.

              s/Timothy M. Cain
              Timothy M. Cain, U.S. District Court Judge
              District of South Carolina

Anderson, South Carolina
December 20, 2012